

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

January 7, 2026

Hon. Michael E. Farbiarz
United States District Judge
U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

   Re: *United States v. Kalra*, Crim. No. 25-783 (MEF)

Dear Judge Farbiarz:

  The Government respectfully submits this joint letter regarding the parties' availability for trial between April 2026 and the end of the year. The parties are unavailable on the following dates:

- Week of April 6, 2026;
- Week of April 13, 2026;
- May 6-20, 2025 (counsel for the United States has trial scheduled in *United States v. Alberino*, et al., Crim. No. 24-706 before Judge Salas);
- Week of July 20, 2026; and
- Week of August 24, 2026.

  Upon receipt of the trial date for this case, the Government will submit an application and proposed order for a Speedy Trial Act continuance, as well as a revised proposed scheduling order including a mid-February deadline for the Government's production of Rule 16 discovery.

             Respectfully submitted,

             TODD BLANCHE
             U.S. Deputy Attorney General

             PHILIP LAMPARELLO
             Senior Counsel

             */s/ Katherine M. Romano*
       By: Katherine M. Romano
          Assistant U.S. Attorney

cc: Counsel of record (via ECF)