**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T:  (973) 604-6686
F:  (973) 556-1071

*Attorneys for Defendant*
*Ritesh Kalra*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>RITESH KALRA,<br><br>*Defendant.* | Crim. No. 2:25-cr-783 (MEF)<br><br>__NOTICE OF MOTION__ |

**PLEASE TAKE NOTICE** that Defendant Ritesh Kalra, by and through his attorneys, Baldassare & Mara, LLC (Michael A. Baldassare, Esq., appearing), hereby moves for the entry of an Order dismissing the Indictment, or alternatively, to disqualify the current leadership of the United States Attorney's Office for the District of New Jersey from participation in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of his Motion, Defendant Ritesh Kalra shall rely upon the accompanying brief, any future filings, and oral argument.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is provided herewith.

**PLEASE TAKE FURTHER NOTICE** that an expedited briefing schedule is requested.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived.

                                        **BALDASSARE & MARA, LLC**

Dated: January 26, 2026          By:    */s/ Michael A. Baldassare*
                                        Michael A. Baldassare
                                        75 Livingston Avenue, Suite 101
                                        Roseland, NJ 07068
                                        T: (973) 604-6686
                                        F: (973) 556-1071
                                        E: mbaldassare@mabalaw.com