**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES | Crim. No. 2:25-cr-783 (MEF) |
| v. | |
| RITESH KALRA, | **[PROPOSED] ORDER** |
| *Defendant.* | |

**THIS MATTER** having come before the Court upon the Motion of Defendant Ritesh Kalra, by and through his attorneys, Baldassare & Mara, LLC (Michael A. Baldassare, Esq., appearing), for the entry of an Order dismissing the Indictment, or alternatively, to disqualify the current leadership of the United States Attorney's Office for the District of New Jersey from participation in this matter; and the Court having considered the positions and the arguments of the parties; and for good cause shown;

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that Defendant's Motion to Dismiss the Indictment is hereby GRANTED; or, alternatively, it is

**ORDERED** that Defendant's Motion to Disqualify the current leadership of the United States Attorney's Office for the District of New Jersey is hereby GRANTED.

_____
HONORABLE MATTHEW W. BRANN,
UNITED STATES DISTRICT JUDGE