UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:25-cr-00783 |
| | : | |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| | : | |
| RITESH KALRA, | : | |
| | : | |
| Defendant. | : | |

_____

**THIS MATTER** comes before the Court on Defendant Ritesh Kalra's Motion to Dismiss (ECF No. 29); and it appearing that these motions raise legal challenges to the Attorney General's December 8, 2025 joint appointment of Philip Lamparello, Jordan Fox, and Ari Fontecchio to supervise and conduct the operations of the United States Attorney's Office in the District of New Jersey; and it further appearing that, by Order entered in December 2025, the Honorable Michael A. Chagares, Chief Judge of the United States Court of Appeals for the Third Circuit, designated the Honorable Matthew W. Brann of the United States District Court for the Middle District of Pennsylvania to handle all cases presenting the same or similar issues for such a period as is necessary for the disposition of same cases; and for good cause shown

**IT IS** on this 3rd day of February 2026

**ORDERED** that consideration of this motion is hereby transferred to Judge Brann, District Judge for the Middle District of Pennsylvania, for Judge Brann to set a briefing schedule and to resolve and with no other aspect of this case to be transferred and no other dates (including the upcoming trial date) to be moved; and it is **ORDERED** that on or before March 3 at 9:00am the parties shall file a brief joint letter indicating the status of the above-referenced motion.

_____
Michael E. Farbiarz
United States District Judge